IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CLEON BROWN,**
**Plaintiff,**

v.                                                           Cause No. 3:20CV334-DMB-JMV

**HEARTHSIDE FOOD**
**SOLUTIONS, LLC AND**
**ELITE STAFFING**
**GLOBAL, INC.,**
**Defendants.**

## ORDER

Before the Court is the unopposed motion [30] of James Brown to be substituted as the plaintiff in this Title VII action pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. The Court, having considered the record and the applicable law, finds that the motion should be granted. Accordingly, the motion is granted, and the Clerk is directed to amend the record to reflect the substitution of James Brown, *Affiant of the Estate of Cleon Brown*, as the plaintiff herein.

SO ORDERED this 20th day of October, 2021.

                                                          /s/ Jane M. Virden
                                                          U.S. Magistrate Judge